UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> LISA CAMPOS | No. 2:23-cr-00136-JAW |

**PROSECUTION VERSION OF THE OFFENSE**

Between about May 10, 2023, and about May 11, 2023, the defendant entered branches of the Atlantic Federal Credit Union ("AFCU") in Sanford, Topsham, and Freeport in the District of Maine to withdraw or attempt to withdraw money from an account that Victim 1 and Victim 2 maintained at AFCU. At all relevant times, AFCU was a financial institution whose deposits were insured by the National Credit Union Sharing Insurance Fund through the National Credit Union Administration.

At each branch, the defendant presented an instrument purporting to be a United States passport card—bearing an image of the defendant and the name and date of birth of Victim 1—as a means and form of identification to identify or attempt to identify herself as Victim 1. The defendant was captured on video surveillance in all three branches. Victim 1 was authorized to access Victim 1 and Victim 2's account at AFCU. The defendant was not authorized to access Victim 1 and Victim 2's account.

On May 10, 2023, at the AFCU branch in Sanford, the defendant knowingly possessed and used, without lawful authority, a means of identification of Victim 1 during and in relation to felony bank fraud in violation of 18 U.S.C. § 1344, knowing that the means of identification belonged to another actual person. Specifically, the defendant possessed and presented Victim 1's name and date of birth to AFCU and forged Victim 1's signature to withdraw money from Victim 1 and Victim 2's account.

The defendant successfully made two withdrawals—totaling $8,000—from the account at the AFCU branch in Sanford on May 10, 2023. The defendant electronically signed for each withdrawal, forging a signature purporting to be Victim 1's signature.

On May 11, 2023, at the AFCU branch in Topsham, the defendant willfully and knowingly used and attempted to use a false, forged, and counterfeited instrument purporting to be a passport. Specifically, the defendant presented the instrument purporting to be a United States passport card—bearing Victim 1's name and date of birth but an image of the defendant—as a form of identification to AFCU and attempted to withdraw $5,000 from Victim 1 and Victim 2's account. The Diplomatic Security Service queried the Department of State's passport records and determined that no passport card bearing the number on the card the defendant possessed and used had ever been issued bearing Victim 1's name or the defendant's likeness.

On May 11, 2023, at the AFCU branch in Freeport, the defendant knowingly and willfully executed and attempted to execute a scheme and artifice to defraud AFCU, a financial institution, and to obtain money owned by or under the custody and control of AFCU, by means of materially false and fraudulent pretenses and representations. Specifically, she claimed to be, and held herself out as, Victim 1 by presenting an instrument purporting to be a United States passport card—bearing Victim 1's name and date of birth but an image of the defendant—as a form of identification to AFCU to attempt to withdraw money from Victim 1 and Victim 2's account.

Shortly after she left the Freeport branch on May 11, 2023, officers with the Freeport Police Department located the defendant. The defendant provided them with the instrument purporting to be a passport card and a debit card, both in the name of Victim 1. The purported passport card also bore Victim 1's date of birth. Among other

statements, the defendant admitted to using the purported passport card to try to withdraw money from Victim 1's bank account at AFCU. The defendant also admitted that she withdrew $8,000 from the account at another branch the previous day.

If this matter proceeded to trial, the government would present testimony from, among other individuals: agents and investigative specialists with the Diplomatic Security Service; AFCU employees involved in or present for the events described above; officers and/or detectives with the Freeport, Topsham, and Sanford Police Departments who investigated the events described above and/or were present for admissions made by the defendant; and Victim 1 and Victim 2. The government would also introduce in evidence, among other items: surveillance footage from the Sanford, Topsham, and Freeport AFCU branches; receipts for the defendant's withdrawals on May 10, 2023; records and/or testimony regarding AFCU's deposits being ensured by the National Credit Union Sharing Insurance Fund through the National Credit Union Administration; the instrument purporting to be a United States passport card; and video or audio recordings of admissions made by the defendant.

Dated: May 21, 2024

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

BY: */s/ Nicholas Heimbach*
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
Nicholas.heimbach@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2024, I electronically filed the foregoing Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

David Bobrow, Esq.,
Counsel for Defendant

                                DARCIE N. MCELWEE
                                United States Attorney

BY:    */s/ Nicholas Heimbach*
          Assistant United States Attorney
          United States Attorney's Office
          100 Middle Street
          East Tower, 6th Floor
          Portland, Maine 04101
          (207) 780-3257
          Nicholas.heimbach@usdoj.gov